UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY B. BURNS,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY JAIL, *et al.*,<br><br>    Defendants. | Case No.  2:25-cv-2760 JDP P<br><br><br>ORDER |

        Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On October 7, 2025, plaintiff was directed to pay the filing fee or submit a properly completed application form.  Plaintiff has now filed a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint AND obtained the certification required on the application form.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the completed application with a copy of his inmate trust account statement and the required certification in support of his application to proceed *in forma pauperis*.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Plaintiff's motion to proceed *in forma pauperis*, ECF No. 6, is DENIED;

        2.  Plaintiff shall submit, within thirty days from the date of this order, a properly

1

completed application to proceed *in forma pauperis* with a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint AND the certification required on the application form.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

    3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:   October 30, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2