UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY B. BURIS,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY JAIL, et al.,<br>Defendants. | Case No. 2:25-cv-2760-DAD JDP P<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE</u><br><br>(Doc. No. 19) |

Plaintiff, a county jail inmate proceeding *pro se* and *in forma pauperis*, filed this civil rights action on September 25, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with court orders. (Doc. No. 19.) Plaintiff's first amended complaint was dismissed on March 3, 2026, upon screening and plaintiff was granted leave to file an amended complaint within thirty (30) days and failed to do so. (Doc. No. 17). In addition, as the magistrate judge noted in recommending dismissal of this action without prejudice, an order was issued on May 7, 2026, requiring plaintiff to show cause in writing within

/////

fourteen (14) days why this case should not be dismissed due to plaintiff's failure to prosecute and failure to comply with court's March 3, 2026 order. (Doc. No. 19) (citing (Doc. No. 18).

The September 2, 2026 findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (Doc. No. 19 at 2–3.) No objections to the findings and recommendations have been filed by plaintiff, nor has plaintiff otherwise communicated with the court, and the time to do so has passed.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued September 2, 2026 (Doc. No. 19), are ADOPTED in full;
2. This action is DISMISSED without prejudice due to plaintiff's failure to comply with court orders and failure to prosecute; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **November 11, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that although plaintiff was served at his address of record with the March 3, 2026 order, the May 7, 2026 order to show cause, and the September 2, 2026 findings and recommendations, all were returned to the court by the U.S. Postal Service as "undeliverable" or "not in custody." It thus appears that plaintiff has also failed to keep the court apprised of his current address as required by the Local Rules of this court.